Cite as 2024 Ark. 93
# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON SECURITY AND
EMERGENCY PREPAREDNESS

**Opinion Delivered:** May 16, 2024

**PER CURIAM**

Circuit Judge Candice Settle of Van Buren is reappointed to the Arkansas Supreme CourtCommittee on Security and Emergency Preparedness for a term to expire on September 30, 2026. The Court extends its appreciation to Judge Settle for her willingness to serve on this important Committee.